83 F.2d 1019 (1936)
Sarah P. SUISMAN, Plaintiff-Appellant,
v.
The HARTFORD-CONNECTICUT TRUST COMPANY, as Executor of the ESTATE of Robert O. EATON, Formerly Collector of Internal Revenue for the District of Connecticut, Defendant-Appellee.
No. 358.
Circuit Court of Appeals, Second Circuit.
May 4, 1936.
Henry M. Gretsch, of New York City, for appellant.
Robert H. Jackson, Asst. Atty. Gen., Sewall Key, Norman D. Keller, and Paul R. Russell, Sp. Assts. to Atty. Gen., and Robert P. Butler, U. S. Atty., and George H. Cohen, Asst. U. S. Atty., both of Hartford, Conn., for appellee.
Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.
PER CURIAM.
Judgment (15 F.Supp. 113) affirmed.